UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN A. RHOADS,

       Plaintiff,                            Case No. 1:09-cv-789

v.                                              HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed August 6, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 28) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Award of Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Dkt 25) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's counsel be awarded six-thousand four-hundred eighty dollars ($6,480.00) in fees and costs pursuant to 42 U.S.C. § 406(b).

Dated: August 23, 2012                                  /s/Janet T. Neff
                                                                   JANET T. NEFF
                                                                   UNITED STATES DISTRICT JUDGE